L.C.E.L. COLLECTIBLES, INC., Appellant, v AMERICAN INSURANCE COMPANY, Defendant, and HALLAHAN McGUINESS & ASSOCIATES, LTD., et al., Respondents. [643 NYS2d 102]

The motion court properly dismissed the action as against defendants-respondents, operating as an independent insur-

ance agency, on the ground that they had no duty to recommend flood insurance or to inspect the location of plaintiff's property to determine whether it was near a flood plain or swamp, where plaintiff neither specifically requested such insurance nor communicated the area's susceptibility to flood damage (*see, Wied v New York Cent. Mut. Fire Ins. Co.*, 208 AD2d 1132). Plaintiff's request for "the best and most comprehensive coverage" did not trigger such a duty (*see, Chaim v Benedict*, 216 AD2d 347), nor did it relieve plaintiff of its obligation to read the policy, which contained an express exclusion for flood loss (*see, Rogers v Urbanke*, 194 AD2d 1024). Concur—Milonas, J. P., Rosenberger, Ross and Tom, JJ.